ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL - 2 2009

CLERK, U.S. DISTRICT COURT
By _____ Deputy

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Southwestern Bell Telephone Company, et al

Plaintiff

v.

IDT Telecom, Inc., et al

Defendant

Civil Action No. 3-09CV1268-P

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(3)(D), and LR 81.2,

Southwestern Bell Telephone Company, et al

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Southwestern Bell Telephone Company, BellSouth Telecommunications, Inc., Illinois Bell Telephone Company, Indiana Bell Telephone Company, Inc., Michigan Bell Telephone Company, Nevada Bell Telephone Company, Pacific Bell Telephone Company, The Ohio Bell Telephone Company, The Southern New England Telephone Company, and Wisconsin Bell, Inc. (collectively "Plaintiffs")

Defendants IDT Telecom, Inc. ("IDT Telecom"), Entrix Telecom Inc. ("Entrix") and JOHN DOES 1-10.

|  |  |
|---|---|
| Date: | 7/2/2009 |
| Signature: | /s/ Richard M. Parr |
| Print Name: | Richard M. Parr |
| Bar Number: | 15534250 |
| Address: | 208 S. Akard, Suite 2935 |
| City, State, Zip: | Dallas, Texas 75202 |
| Telephone: | (214) 757-3389 |
| Fax: | (214) 748-1660 |
| E-Mail: | rp3639@att.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons