IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
_____DALLAS_____ DIVISION

ORIGINAL

NORTHERN DISTRICT OF TEXAS
FILED
JUL 20 2009
CLERK, U.S. DISTRICT COURT
By _____ Deputy

Southwestern Bell Telephone Company, et al., §
§
**Plaintiff** §
§
v. §
§
IDT Telecom, Inc., Entrix Telecom, §
Inc., and John Does 1-10, §
§
**Defendant** §

Case Number 3-09CV1268-P

## APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of) _____Mayer Brown LLP_____, with offices at _____71 S. Wacker Dr._____,
(Street Address)

_____Chicago_____, _____Illinois_____, _____60606_____, _____(312) 701-8339_____.
(City)           (State)           (Zip Code)        (Telephone No.)

**II.** Applicant will sign all pleadings with the name _____Anne M. De Geest_____.

**III.** Applicant has been retained personally or as a member of the above-named firm by
Southwestern Bell Telephone Company, BellSouth Telecommunications, Inc.,
Illinois Bell Telephone Company, Indiana Bell Telephone Company, Inc.,
Michigan Bell Telephone Company, Nevada Bell Telephone Company, Pacific Bell
Telephone Company, The Ohio Bell Telephone Company, The Southern New England
(List All Parties Represented) Bell Telephone Company and
Wisconsin Bell, Inc.
to provide legal representation in connection with the above-styled matter now pending before the United States District Court, for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of
_____Illinois_____, where Applicant regularly practices law.
Bar license number: _____6292673_____ Admission date: _____November 2007_____.

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Illinois | November 2007 | Active |
|  |  |  |
|  |  |  |
|  |  |  |

VI.   Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:
None

VII.   Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:
None

VIII.   Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
None

IX.   Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

| Date of Application | Case No. And Style |
|---|---|
| None | None |

(If necessary, attach statement of additional applications.)

X.   Local counsel of record associated with Applicant in this matter is _____Richard M. Parr_____
who has offices at_____AT&T Services, Inc., 208 S. Akard, Suite 2935, Dallas, Texas 75202_____,
                            (Address)
_____(214) 757-3386_____ .
(Telephone No.)

XI.   Check the appropriate box below.
   For Application in a **Civil Case**

   ☑   Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

   For Application in a **Criminal Case**

   ☐   Applicant has read and will comply with the local criminal rules of this court.

XII.   Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.

SIGNED this __16th__ day of _____July_____, 20__09__.

Anne M. De Geest
Printed Name of Applicant

*[signature]*
Signature

I hereby certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the clerk of court accompanied by a $25.00 filing fee on this __16th__ day of _____July_____, __2009__.

Anne M. De Geest
Printed Name of Applicant

*[signature]*
Signature

---

## ORDER

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☑   the application be granted. The Clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court.

☐   the application be denied. The Clerk of Court shall return the admission fee to the Applicant.

__July 20, 2009__
DATE

__[signature]__
JUDICIAL OFFICER

3:09cv1268-P
PHV Fee Paid

```
Court Name: Texas Northern District Court
Division: 3
Receipt Number: DS032927
Cashier ID: dburton
Transaction Date: 07/17/2009
Payer Name: MAYER BROWN LLP
-------------------------------------
PRO HOC VICE
 For: GEEST LIVINGSTON METROPOULOS S
 Case/Party: D-TXN-8-09-PR-000001-001
 Amount:       $100.00
-------------------------------------
CHECK
 Check/Money Order Num: 986077
 Amt Tendered:  $100.00
-------------------------------------
 Total Due:     $100.00
 Total Tendered: $100.00
       Amt:       $0.00
```