IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
_____DALLAS_____ DIVISION

Southwestern Bell Telephone Company, et al.,

**Plaintiff**

v.

IDT Telecom, Inc., Entrix Telecom, Inc., and John Does 1-10,

**Defendant**

Case Number: 3-09CV1268-P

*FILED JUL 21 2009 — U.S. DISTRICT COURT, NORTHERN DISTRICT OF TEXAS*

## APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

I.   Applicant is an attorney and a member of the law firm of (or practices under the name of) __Mayer Brown LLP__, with offices at __71 S. Wacker Dr.__ (Street Address), __Chicago__ (City), __Illinois__ (State), __60606__ (Zip Code), __(312) 701-7251__ (Telephone No.).

II.  Applicant will sign all pleadings with the name __Michael T. Sullivan__.

III. Applicant has been retained personally or as a member of the above-named firm by Southwestern Bell Telephone Company, BellSouth Telecommunications, Inc., Illinois Bell Telephone Company, Indiana Bell Telephone Company, Inc., Michigan Bell Telephone Company, Nevada Bell Telephone Company, Pacific Bell Telephone Company, The Ohio Bell Telephone Company, The Southern New England Bell Telephone Company and Wisonsin Bell, Inc. (List All Parties Represented) to provide legal representation in connection with the above-styled matter now pending before the United States District Court, for the Northern District of Texas.

IV.  Applicant is a member in good standing of the bar of the highest court of the state of __Illinois__, where Applicant regularly practices law. Bar license number: __6216922__   Admission date: __November 4, 1993__.

V.   Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| U.S. District Court, N.D. of IL | December 16, 1993 | Active |
| U.S. District Court, N.D. of FL | May 26, 2009 | Active |
| U.S. Court of Appeals, 7th Cir. | September 21, 2000 | Active |
| Illinois | November 4, 1993 | Active |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

None

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

While I am not sure whether this constitutes a "removal proceeding" for purpose of this question, in a case pending in Boone County (Indiana) Circuit Court in which I had been granted permission to appear pro hac vice in 2006, the opposing party filed a motion to have my pro hac vice admission revoked in January of 2008. The motion was based on the length of time the case had been pending and there were no allegations of any misconduct or unprofessional conduct made against me. The court denied the motion without discussion.

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

None

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

| Date of Application | Case No. And Style |
|---|---|
| 3/06/2008 | Southwestern Bell Telephone Co. v. Global Crossing Telemanagement, Inc., 3-08-CV-00259 |

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is _____ Richard M. Parr _____
who has offices at _____ AT&T Services, Inc., 208 S. Akard, Suite 2935, Dallas, Texas 75202 _____ ,
(Address)
_____ (214) 757-3386 _____ .
(Telephone No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

XII.    Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.

SIGNED this __16th__ day of _____July_____, 20__09__.

                                                  Michael T. Sullivan
                                                Printed Name of Applicant

                                                */s/ Michael J. S.*
                                                Signature


I hereby certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the clerk of court accompanied by a $25.00 filing fee on this __16th__ day of _____July_____, __2009__.

                                                  Michael T. Sullivan
                                                Printed Name of Applicant

                                                */s/ Michael J. S.*
                                                Signature

---

## ORDER

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

[✓]    the application be granted. The Clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court.

[ ]    the application be denied. The Clerk of Court shall return the admission fee to the Applicant.

_July 21, 2009_                                    _Jorge A. Solis_
DATE                                                         JUDICIAL OFFICER