ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
_____ DALLAS _____ DIVISION

Southwestern Bell Telephone Company, §
et al._____, §
                                  §
**Plaintiff**                     §
                                  §           Case Number  3-09CV1268-P
v.                                §
IDT Telecom, Inc., Entrix Telecom, §
Inc., and John Does 1-10          §
                                  §                U.S. DISTRICT COURT
**Defendant**                     §                NORTHERN DISTRICT OF TEXAS
                                                          FILED
                                                       JUL 21 2009
                                                   CLERK, U.S. DISTRICT COURT
                                                   By _____ Deputy

## APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)
_____Mayer Brown LLP_____, with offices at _____71 S. Wacker Dr._____,
                                                      (Street Address)

_____Chicago_____, _____Illinois_____, _____60606_____, _____(312) 701-8479_____.
(City)                   (State)                  (Zip Code)            (Telephone No.)

**II.** Applicant will sign all pleadings with the name _____Demetrios G. Metropoulos_____.

**III.** Applicant has been retained personally or as a member of the above-named firm by
Southwestern Bell Telephone Company, BellSouth Telecommunications, Inc.,
Illinois Bell Telephone Company, Indiana bell Telephone Company, Inc.,
Michigan Bell Telephone Company, Nevada Bell Telephone Company, Pacific Bell
Telephone Company, The Ohio Bell Telephone Company, The Southern New England
                    (List All Parties Represented)  Bell Telephone Company and
                                                    Wisconsin Bell, Inc.
to provide legal representation in connection with the above-styled matter now pending before the United
States District Court, for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of
_____Illinois_____, where Applicant regularly practices law.

Bar license number: _____6216547_____  Admission date: _____November 4, 1993_____.

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See Attachment A | | |
| | | |
| | | |

## ATTACHMENT A

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| U.S. Court of Appeals for the 6th Cir. | 2000 | Active |
| U.S. Court of Appeals for the 7th Cir. | 1995 | Active |
| U.S. District Court, N.D. of FL | 2009 | Active |
| U.S. District Court, N.D. of IL | 1995 | Active |
| U.S. District Court, E.D. of MI | 1999 | Active |
| Illinois | 1993 | Active |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

None

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

None

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

None

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

| Date of Application | Case No. And Style |
|---|---|
| None | None |

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is _____Richard M. Parr_____
who has offices at_____AT&T Services, Inc., 208 S. Akard, Suite 2935, Dallas, Texas 75202_____,
(Address)
_____(214) 757-3386_____.
(Telephone No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

XII.  Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.

SIGNED this __16th__ day of _____July_____, 20__09__.

_____Demetrios G. Metropoulos_____
Printed Name of Applicant

_____[signature]_____
Signature

I hereby certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the clerk of court accompanied by a $25.00 filing fee on this __16th__ day of _____July_____, __2009__.

_____Demetrios G. Metropoulos_____
Printed Name of Applicant

_____[signature]_____
Signature

---

### ORDER

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☑  the application be granted.  The Clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court.

☐  the application be denied.  The Clerk of Court shall return the admission fee to the Applicant.

_____July 21, 2009_____                _____Jorge A. Solis_____
DATE                                    JUDICIAL OFFICER