IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SOUTHWESTERN BELL TELEPHONE COMPANY, BELLSOUTH TELECOMMUNICATIONS, INC., ILLINOIS BELL TELEPHONE COMPANY, INDIANA BELL TELEPHONE COMPANY, INC., MICHIGAN BELL TELEPHONE COMPANY, NEVADA BELL TELEPHONE COMPANY, PACIFIC BELL TELEPHONE COMPANY, THE OHIO BELL TELEPHONE COMPANY, THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY and WISCONSIN BELL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> IDT TELECOM, INC., ENTRIX TELECOM INC., and JOHN DOES 1-10, <br><br> Defendants. | CIVIL ACTION NO. <br> 3-09CV1268-P |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME
TO ANSWER, MOVE AGAINST OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendants herein, IDT Telecom, Inc. and Entrix Telecom, Inc. (collectively, "Defendants"), respectfully move the Court to extend the deadline for them to answer, move against or otherwise respond to the Complaint brought by Southwestern Bell Telephone Company, Bellsouth Telecommunications, Inc., Illinois Bell Telephone Company, Indiana Bell Telephone Company, Inc., Michigan Bell Telephone Company, Nevada Bell Telephone Company, Pacific Bell Telephone Company, The Ohio Bell Telephone Company, The Southern New England Telephone Company and Wisconsin Bell, Inc. (collectively, "Plaintiffs"), and in support thereof would respectfully show the Court the following.

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO ANSWER, MOVE AGAINST OR OTHERWISE
RESPOND TO THE COMPLAINT – PAGE 1**

1. The Complaint was filed on July 2, 2009. On or about August 10, 2009, Defendants agreed to waive service of a summons. Defendants' current deadline to answer, move against or otherwise respond to the Complaint is September 11, 2009.

2. Defendants, having recently engaged counsel in this matter, request that the Court extend the deadline for Defendants to answer, move against or otherwise respond to the Complaint up to and including October 9, 2009.

3. Plaintiffs do not oppose Defendants' request for extension.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request the Court extend the deadline for Defendants to answer, move against or otherwise respond to the Complaint up to and including October 9, 2009.

Respectfully submitted,

**BELL NUNNALLY & MARTIN LLP**

By:  /s/ Tammy S. Wood
       Tammy S. Wood
       State Bar No. 00788713

3232 McKinney Avenue
Suite 1400
Dallas, Texas 75204-2429
Telephone: (214) 740-1400
Facsimile: (214) 740-1499

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies she conferred with Richard M. Parr, Esq. counsel for Plaintiffs, with regard to the foregoing Motion, and he states that Plaintiffs do not oppose the granting of the extension requested by Defendants.

CERTIFIED to this 3rd day of September 2009.

/s/ Tammy S. Wood
Tammy S. Wood

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies on this September 3, 2009, a true and correct copy of the foregoing was served upon lead counsel for Plaintiffs via electronic means pursuant to Local Rule 5(b)(D) and upon all other counsel of record via U.S. mail, postage prepaid.

                                              /s/ Tammy S. Wood
                                              Tammy S. Wood