IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SOUTHWESTERN BELL TELEPHONE COMPANY, BELLSOUTH TELECOMMUNICATIONS, INC., ILLINOIS BELL TELEPHONE COMPANY, INDIANA BELL TELEPHONE COMPANY, INC., MICHIGAN BELL TELEPHONE COMPANY, NEVADA BELL TELEPHONE COMPANY, PACIFIC BELL TELEPHONE COMPANY, THE OHIO BELL TELEPHONE COMPANY, THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY and WISCONSIN BELL, INC., | § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 3-09CV1268-P |
| Plaintiffs, | | |
| v. | | |
| IDT TELECOM, INC., ENTRIX TELECOM INC., and JOHN DOES 1-10, | | |
| Defendants. | | |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME
TO ANSWER, MOVE AGAINST OR OTHERWISE RESPOND TO COMPLAINT**

Before the Court is Defendants' Unopposed Motion to Extend Time to Answer, Move Against or Otherwise Respond to Complaint. The Court GRANTS the Motion. Defendants' deadline to answer, move against or otherwise respond to Plaintiffs' Complaint is hereby extended up to and including October 9, 2009.

SIGNED September 9, 2009.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE