# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

*Dallas Division*

Southwestern Bell Telephone Co., et al.

_____
Plaintiff

v.

IDT Telecom, Inc., Entrix Telecom, Inc., et al.

_____
Defendant

09-cv-1268

_____
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(3)(D), and LR 81.2,

IDT Telecom, Inc.

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***

IDT Corporation

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***

| | |
|---|---|
| Date: | Oct 9, 2009 |
| Signature: | /s/ Tammy S. Wood |
| Print Name: | Tammy S. Wood |
| Bar Number: | 00788713 |
| Address: | 322 McKinney Avenue Suite 1400 |
| City, State, Zip: | Dallas, TX 75204-2429 |
| Telephone: | (214) 740-1400 |
| Fax: | (214) 740-1499 |
| E-Mail: | tammyw@bellnunnally.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons

<u>**CERTIFICATE OF SERVICE**</u>

On the 9th day of October, 2009, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Texas using the electronic filing system of the Court.  I hereby certify that I served a true and correct copy of the foregoing document on all counsel of record for Plaintiffs electronically or in another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

<u>/s/ Tammy S. Wood</u>