IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SOUTHWESTERN BELL TELEPHONE COMPANY, BELLSOUTH TELECOMMUNICATIONS, INC., ILLINOIS BELL TELEPHONE COMPANY, INDIANA BELL TELEPHONE COMPANY INC., MICHIGAN BELL TELEPHONE COMPANY, NEVADA BELL TELEPHONE COMPANY, PACIFIC BELL TELEPHONE COMPANY, THE OHIO BELL TELEPHONE COMPANY, THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY and WISCONSIN BELL, INC., <br><br>   Plaintiffs, <br><br>   v. <br><br> IDT TELECOM, INC., ENTRIX TELECOM INC., and JOHN DOES 1-10, <br><br>   Defendants. | Civil Action No. 3:09-cv-01268-P |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion to Extend Time to Respond to Defendants' Motion to Stay Based on the Doctrine of Primary Jurisdiction or, in the Alternative, to Dismiss the Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) for Failure to State a Claim. The Court GRANTS the Motion. Plaintiffs' deadline to respond to Defendants' Motion is extended up to and including November 19, 2009, and Defendants' deadline to reply is extended up to and including December 29, 2009.

SO ORDERED: October 23, 2009

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE