UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SOUTHWESTERN BELL TELEPHONE COMPANY, BELLSOUTH TELECOMMUNICATIONS, INC., ILLINOIS BELL TELEPHONE COMPANY, INC., MICHIGAN BELL TELEPHONE COMPANY, NEVADA BELL TELEPHONE COMPANY, PACIFIC BELL TELEPHONE COMPANY, THE OHIO BELL TELEPHONE COMPANY, THE SOUTHERN NEW ENGLAND BELL TELEPHONE COMPANY, and WISCONSIN BELL, INC., <br><br>**Plaintiffs,** <br><br>vs. <br><br>IDT TELECOM, INC., ENTRIX TELECOM, INC., and JOHN DOES 1-10, <br><br>**Defendants.** | § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.  3:09-CV-1268-P |

### AGREED ORDER GRANTING AGREED MOTION TO EXTEND DEFENDANTS' TIME TO ANSWER

Before the Court is Defendants' Agreed Motion to Extend Defendants' Time to Answer. The Court grants the Motion. Defendants' deadline to file an answer, any affirmative defenses and any counterclaims in response to the Complaint is hereby extended up to and including July 17, 2010.

SO ORDERED this 16th day of June, 2010.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE

AGREED ORDER GRANTING AGREED MOTION TO EXTEND
DEFENDANTS' TIME TO ANSWER – Page 1