UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SOUTHWESTERN BELL TELEPHONE COMPANY, BELLSOUTH TELECOMMUNICATIONS, INC., INDIANA BELL TELEPHONE COMPANY, INC., ILLINOIS BELL TELEPHONE COMPANY, MICHIGAN BELL TELEPHONE COMPANY, NEVADA BELL TELEPHONE COMPANY, PACIFIC BELL TELEPHONE COMPANY, THE OHIO BELL TELEPHONE COMPANY, THE SOUTHERN NEW ENGLAND BELL TELEPHONE COMPANY, and WISCONSIN BELL, INC., <br><br>Plaintiffs, <br><br>vs. <br><br>IDT TELECOM, INC., ENTRIX TELECOM, INC., and JOHN DOES 1-10, <br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § CIVIL ACTION NO. 09-CV-1268P |

**ORDER ON PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO ANSWER, MOVE AGAINST OR OTHERWISE RESPOND TO DEFENDANTS' COUNTERCLAIMS**

Upon consideration of the Unopposed Motion of Plaintiffs Southwestern Bell Telephone Company, BellSouth Telecommunications, Inc., Indiana Bell Telephone Company, Inc., Illinois Bell Telephone Company, Michigan Bell Telephone Company, Nevada Bell Telephone Company, Pacific Bell Telephone Company, The Ohio Bell Telephone Company, the Southern New England Bell Telephone Company, and Wisconsin Bell, Inc. (collectively "Plaintiffs") to

2

Extend Time to Answer, Move Against or Otherwise Respond to Defendants' Counterclaims, proper notice having been served and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED THAT** Plaintiffs' Unopposed Motion is **GRANTED**. Plaintiffs will file their answer, move against or otherwise respond to Defendants IDT Telecom, Inc. and Entrix Telecom, Inc.'s Counterclaims on or before **September 7th, 2010**.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE