ORIGINAL

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| SOUTHWESTERN BELL TELEPHONE COMPANY, et als. <br> *Plaintiff* <br><br> v. <br><br> IDT TELECOM, INC., ENTRIX TELECOM, INC., and JOHN DOES 1-10, <br> *Defendant* | § § § § § § § § § § Case No. 09-CV-1268 |

## APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

I.   Applicant is an attorney and a member of the law firm of (or practices under the name of)

McElroy, Deutsch, Mulvaney & Carpenter, LLP_____, with offices at

1300 Mount Kemble Avenue, PO Box 2075
(Street Address)

Morristown                                   New Jersey          07962-2075
(City)                                       (State)             (Zip Code)

(973) 993-8100
(Telephone No.)

II.   Applicant will sign all filings with the name Joseph P. La Sala.

*OPTIONAL:* Applicant wants this form to serve as applicant's registration for electronic case filing and consents under FED.R.CIV.P. 5(b) to accept service electronically at the following e-mail address:

jlasala@mdmc-law.com
(E-mail Address)

III.  Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

IDT Telecom, Inc.
Entrix, Inc.

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of

New Jersey_____, where Applicant regularly practices law.

Bar license number: _26824/972_    Admission date: _Nov. 28_, 1972_

**Attach to this application an original certificate of good standing issued within the past 90 days from a state or the District of Columbia.**

For Court Use Only.
Bar Status Verified:

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| District of New Jersey | 1972 | Active |
| New York State | 1981 | Active |
| United Stated Supreme Court | 1982 | Active |
| United States Tax Court | 1983 | Active |
| United States Claims Court | 1983 | Active |
| Second Circuit Court of Appeals | 2006 | Active |
| Third Circuit Court of Appeals | 1989 | Active |
| Federal Circuit Court of Appeals | 1994 | Active |
| District of Colorado | 1999 | Active |
| Tenth Circuit Court of Appeals | 1999 | Active |
| Southern District of New York | 1994 | Active |
| Eastern District of New York | 1996 | Active |
| Northern District of New York | 2005 | Active |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

None.

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

None

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

IX.    Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:          Case No. And Style:

None

(If necessary, attach statement of additional applications.)

X.    Local counsel of record associated with Applicant in this matter is

Tammy S. Wood, Esq. of Bell Nunnally _____ who has offices at

3232 McKinney Ave. Suite 1400
(Street Address)

Dallas                                    Texas                    75204
(City)                                    (State)                  (Zip Code)

(214) 740-1400
(Telephone No.)

XI.    Check the appropriate box below.

For Application in a **Civil Case**

[✓]    Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ]    Applicant has read and will comply with the local criminal rules of this court.

XII.    Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the  30  day of  August , 2010 .

Joseph P. La Sala
Printed Name of Applicant

*/s/ Joseph P. La Sala*
Signature

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that  **JOSEPH P LA SALA**
(No. **268241972**) was constituted and appointed an Attorney at Law of New Jersey on  **November 28, 1972**  and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **12TH** day of **July**, 20 **10**.

_____
Clerk of the Supreme Court

-453a-