ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SOUTHWESTERN BELL TELEPHONE COMPANY, et als., *Plaintiff* | § § § § | |
| v. | § | Case No. 09-CV-1268 |
| IDT TELECOM, INC., ENTRIX TELECOM, Inc. and JOHN DOES 1-10, *Defendant* | § § § § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I. Applicant is an attorney and a member of the law firm of (or practices under the name of)

McElroy, Deutsch, Mulvaney & Carpenter, LLP                    , with offices at

88 Pine Street 24th Floor NY, NY 10005 and Three Gateway Center, 100 Mulberry Street
(Street Address)

Newark                            New Jersey            07102-4079
(City)                            (State)               (Zip Code)

(973) 622-7711
(Telephone No.)

II. Applicant will sign all filings with the name Elliot Rothstein

*OPTIONAL:* Applicant wants this form to serve as applicant's registration for electronic case filing and consents under FED.R.CIV.P. 5(b) to accept service electronically at the following e-mail address:

erothstein@mdmc-law.com
(E-mail Address)

III. Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

IDT Telecom, Inc.
Entrix, Inc.

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of

<u>New York                              </u>, where Applicant regularly practices law.

Bar license number: <u>    2815942    </u>   Admission date: <u>Mar. 24,  1997    </u>

**Attach to this application an original certificate of good standing issued within the past 90 days from a state or the District of Columbia.**

For Court Use Only.
Bar Status Verified:

V. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Southern District of New York | May 1997 | Active |
| Eastern District of New York | May 1997 | Active |
| Commonwealth of Massachusetts | January 1997 | Active |
| District of Massachusetts | June 1997 | Active |
| District of Columbia | September 1998 | Active |

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

None.

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

None.

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

None.

IX. Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:          Case No. And Style:

None.

(If necessary, attach statement of additional applications.)

X. Local counsel of record associated with Applicant in this matter is

Tammy S. Wood, Esq. of Bell Nunnally _____ who has offices at

3232 McKinney Ave. Suite 1400
(Street Address)

Dallas                                    Texas                75204
(City)                                    (State)              (Zip Code)

(214) 740-1400
(Telephone No.)

XI. Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the 20 day of August, 2010.

Elliot Rothstein
Printed Name of Applicant

*[signature]*
Signature

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, David Spokony, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## ELLIOT ROTHSTEIN

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **March 24, 1997**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

July 27, 2010

*David Spokony*

Clerk of the Court

133