**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| SOUTHWESTERN BELL TELEPHONE COMPANY, BELLSOUTH TELECOMMUNICATIONS, INC., ILLINOIS BELL TELEPHONE COMPANY, INDIANA BELL TELEPHONE COMPANY INC., MICHIGAN BELL TELEPHONE COMPANY, NEVADA BELL TELEPHONE COMPANY, PACIFIC BELL TELEPHONE COMPANY, THE OHIO BELL TELEPHONE COMPANY, THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY and WISCONSIN BELL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> IDT TELECOM, INC., ENTRIX TELECOM INC., and JOHN DOES 1-10, <br><br> Defendants. | ) ) ) ) ) ) ) Civil Action No. 3-09-cv-01268-P ) ) ) ) ) ) ) ) ) ) ) ) ) |

## MOTION TO WITHDRAW APPEARANCE

I, Anne M. De Geest, request that the Clerk of the Court withdraw my appearance as counsel of record for Plaintiffs, Southwestern Bell Telephone Company, BellSouth Telecommunications, Inc., Illinois Bell Telephone Company, Indiana Bell Telephone Company Inc., Michigan Bell Telephone Company, Nevada Bell Telephone Company, Pacific Bell Telephone Company, The Ohio Bell Telephone Company, The Southern New England Telephone Company and Wisconsin Bell, Inc., in the above-captioned case. Due to my relocation to California, I will no longer be representing the Plaintiffs in this case. Theodore A. Livingston, Demetrios G. Metropoulos and Michael T. Sullivan of the firm Mayer Brown LLP remain as counsel for Plaintiffs in this case.

September 15, 2010                        /s/ Anne M. De Geest

                                        Anne M. De Geest (*admitted pro hac vice*)
                                        Theodore A. Livingston (*admitted pro hac vice*)
                                        Demetrios G. Metropoulos (*admitted pro hac vice*)
                                        Michael T. Sullivan (*admitted pro hac vice*)
                                        Mayer Brown LLP
                                        71 South Wacker Drive
                                        Chicago, Illinois 60606
                                        Telephone (312) 782-0600
                                        Facsimile (312) 701-7711

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 15, 2010 a true and correct copy of the foregoing was served upon counsel for Defendants via electronic means pursuant to Local Rule 5.1(d) and upon all other counsel of record via U.S. Mail, postage prepaid.

/s/ Anne M. De Geest