IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SOUTHWESTERN BELL TELEPHONE COMPANY, BELLSOUTH TELECOMMUNICATIONS, INC., ILLINOIS BELL TELEPHONE COMPANY, INDIANA BELL TELEPHONE COMPANY INC., MICHIGAN BELL TELEPHONE COMPANY, NEVADA BELL TELEPHONE COMPANY, PACIFIC BELL TELEPHONE COMPANY, THE OHIO BELL TELEPHONE COMPANY, THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY and WISCONSIN BELL, INC., <br><br>   Plaintiffs, <br><br>   v. <br><br>IDT TELECOM, INC., ENTRIX TELECOM INC., and JOHN DOES 1-10, <br><br>   Defendants. | ) ) ) ) ) ) ) Civil Action No. 3-09-cv-01268-P ) ) ) ) ) ) ) ) ) ) ) ) ) |

## ORDER

Before the Court is Plaintiffs' Motion to Withdraw Appearance of Anne M. De Geest.

The Court GRANTS the Motion.

SIGNED: September /_, 2010

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE