# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

*Dallas Division*

Southwestern Bell Telephone Company, et al.
_____
Plaintiff

v.

IDT Telecom, Inc., et al.
_____
Defendant

3-09CV1268-P
_____
Civil Action No.

## AMENDED
## <u>CERTIFICATE OF INTERESTED PERSONS</u>

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(3)(D), and LR 81.2,

Southwestern Bell Telephone Company, et al.
_____

provides the following information:

    For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***
Southwestern Bell Telephone Company, BellSouth Telecommunications, Inc., Illinois Bell Telephone Company, Indiana Bell Telephone Company, Inc., Michigan Bell Telephone Company, Nevada Bell Telephone Company, Pacific Bell Telephone Company, The Ohio Bell Telephone Company, The Southern New England Telephone Company, and Wisconsin Bell, Inc. (collectively "Plaintiffs") are direct or indirect subsidiaries of AT&T, Inc., a publicly held corporation.

    A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***


Plaintiffs and AT&T, Inc.

Defendants IDT Telecom, Inc., Entrix Telecom Inc. and JOHN DOES 1-10.

| | |
|---|---|
| Date: | Sep 23, 2010 |
| Signature: | /s/ Michael T. Sullivan |
| Print Name: | Michael T. Sullivan |
| Bar Number: | IL 6216922 - admitted pro hac |
| Address: | 71 South Wacker Drive |
| City, State, Zip: | Chicago, IL 60606 |
| Telephone: | 312-782-0600 |
| Fax: | 312-701-7711 |
| E-Mail: | msullivan@mayerbrown.com |

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies, on this 23rd day of September, 2010, a true and correct copy of the foregoing was served upon counsel of record via electronic means pursuant to Local Rule 5(b)(D).

.

/s/ Michael T. Sullivan