ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 27 2010
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| SOUTHWESTERN BELL TELEPHONE COMPANY, et al.<br>*Plaintiff* § § § § | |
| v. § | Case No.  3-09-CV1268-P |
| IDT TELECOM, INC., ENTRIX TELECOM INC. and JOHN DOES 1-10<br>*Defendant* § § § § | 43729 |

## APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

I.  Applicant is an attorney and a member of the law firm of (or practices under the name of)

Bingham McCutchen LLP                                                , with offices at

2020 K St., NW
(Street Address)

Washington                              DC                    20006
(City)                                  (State)               (Zip Code)

202-373-6010
(Telephone No.)

II.  Applicant will sign all filings with the name  Joshua M. Bobeck                         .

*OPTIONAL:* Applicant wants this form to serve as applicant's registration for electronic case filing and consents under FED.R.CIV.P. 5(b) to accept service electronically at the following e-mail address:

josh.bobeck@bingham.com
(E-mail Address)

III.  Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

IDT TELECOM, INC.
ENTRIX TELECOM INC.

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of <u>District of Columbia</u>, where Applicant regularly practices law.

Bar license number: <u>443620</u>   Admission date: <u>October 14, 1994</u>

For Court Use Only.
Bar Status Verified:

**Attach to this application an original certificate of good standing issued within the past 90 days from a state or the District of Columbia.**

V. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| New Jersey | December 22, 1992 | Active |
| New York | March 9, 1993 | Active |
| United States District Court, D.C. | July 11, 2005 | Active |
| United States Court of Appeals, D.C. Cir. | May 17, 2001 | Active |

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

IX. Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:          Case No. And Style:

N/A

(If necessary, attach statement of additional applications.)

X. Local counsel of record associated with Applicant in this matter is

Tammy S. Wood _____ who has offices at

3232 McKinney Ave., Suite 1400
(Street Address)

Dallas                              TX                    75204
(City)                             (State)                (Zip Code)

214-740-1400
(Telephone No.)

XI. Check the appropriate box below.

For Application in a **Civil Case**

[✓]  Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ]  Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the 22nd day of September, 2010.

Joshua M. Bobeck
Printed Name of Applicant

_____
Signature



# District of Columbia Court of Appeals
### Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JOY A. CHAPPER, Acting Clerk of the District of Columbia Court of Appeals, do hereby certify that

JOSHUA BOBECK

was on the 14TH day of OCTOBER, 1994, duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 16, 2010.

JOY A. CHAPPER, ACTING CLERK

By: _____
Deputy Clerk