UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SOUTHWESTERN BELL TELEPHONE COMPANY, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. 09-CV-1268 |
| IDT TELECOM, INC., *et al.*, | § § § | |
| Defendants. | § | |

## AGREED ORDER EXTENDING DEADLINE TO FILE MOTIONS FOR LEAVE

Before the Court is Defendants' Agreed Motion to Extend Deadlines in Scheduling Order. The Court grants the Motion. The deadline to file motions for leave to join parties or amend pleadings is hereby extended up to and including January 29, 2011.

**IT IS SO ORDERED.**

Signed this 11th day of January, 2011.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE

AGREED:


/s/ Demetrios G. Metropoulos
Demetrios G. Metropoulos
Demetro@mayerbrown.com
Mayer Brown LLP
71 S. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 701-8339
**ATTORNEYS FOR PLAINTIFFS**


/s/ Tammy S. Wood
Tammy Wood
State Bar No. 00788713
Bell Nunnally & Martin LLP
3232 McKinney Avenue, Suite 1400
Dallas, Texas 75204
Telephone: (214) 740-1400
Facsimile: (214) 740-1499
tammyw@bellnunnally.com
**ATTORNEYS FOR DEFENDANTS,
IDT TELECOM, INC. AND ENTRIX TELECOM, INC.**