UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SOUTHWESTERN BELL TELEPHONE COMPANY,** *et al.,* | § § § § § | |
| **Plaintiffs,** | § § | |
| vs. | § § | **CIVIL ACTION NO.  09-CV-1268** |
| **IDT TELECOM, INC.,** *et al.,* | § § § | |
| **Defendants.** | § | |

## UNOPPOSED MOTION TO EXTEND DEADLINES IN SCHEDULING ORDER

TO THE HONORABLE JORGE A. SOLIS, UNITED STATES DISTRICT JUDGE:

Defendants IDT Telecom, Inc. and Entrix Telecom, Inc. move the Court to extend the current deadline for filing motions to join additional parties and motions to amend pleadings, and in support thereof would respectfully show the Court the following:

1. The current deadline for filing motions to join additional parties and motions to amend pleadings is January 29, 2011, pursuant to the Agreed Order Extending Deadline to File Motions for Leave [Doc. 47].

2. Defendants request the Court extend these deadlines for an additional thirty days, until February 28, 2011, to allow all parties additional time to determine the necessity of filing a motion for leave.  Plaintiffs do not oppose this extension request.

**WHEREFORE,** Defendants respectfully request the Court extend the deadline for all parties to file a motion for leave to join additional parties or amend pleadings up to and including February 28, 2011.

Respectfully submitted,

**BELL NUNNALLY & MARTIN LLP**

By: /s/ Tammy S. Wood
    Tammy S. Wood
    State Bar No. 00788713

3232 McKinney Avenue, Suite 1400
Dallas, Texas  75204-2429
Telephone:  (214) 740-1400
Facsimile:  (214) 740-1499
tammyw@bellnunnally.com

**ATTORNEYS FOR DEFENDANTS
IDT TELECOM, INC. AND ENTRIX
TELECOM, INC.**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that she conferred with counsel for the Plaintiffs with regard to the foregoing motion, and that he states that Plaintiffs do not oppose the granting of the extension requested herein by Defendants.

Certified to this the 27th day of January, 2011.

    /s/  Tammy S. Wood
    Tammy S. Wood

## CERTIFICATE OF SERVICE

On the 27th day of January, 2011, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Texas using the electronic filing system of the Court.  I hereby certify that I served a true and correct copy of the foregoing document on all counsel of record electronically or in another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

    /s/  Tammy S. Wood
    Tammy S. Wood

729335_1.DOCX / 5902.3