UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SOUTHWESTERN BELL TELEPHONE COMPANY, *et al.,* | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO.  09-CV-1268 |
| IDT TELECOM, INC., *et al.,* | § § § | |
| Defendants. | § | |

## ORDER EXTENDING DEADLINE TO FILE MOTIONS FOR LEAVE

Before the Court is Defendants' Unopposed Motion to Extend Deadlines in Scheduling Order, filed on January 27, 2011.  The Court grants the Motion.  The deadline to file motions for leave to join parties or amend pleadings is hereby extended up to and including February 28, 2011.

Signed this 31st day of ~~February~~ January, 2011.

_____
UNITED STATES DISTRICT JUDGE