UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SOUTHWESTERN BELL TELEPHONE COMPANY, et al., § § § Plaintiffs, § vs. § IDT TELECOM, INC., ENTRIX § TELECOM, INC., and JOHN DOES 1-10, § § Defendants. § | CIVIL ACTION NO. 09-CV-1268 |

## JOINT MOTION FOR EXTENSION OF EXPERT DEADLINES

TO THE HONORABLE JORGE A. SOLIS, U.S. DISTRICT JUDGE:

Plaintiffs and Defendants jointly request the Court extend the expert witness designation and disclosure deadlines set forth in the Scheduling Order in this case, and in support thereof would respectfully show the Court the following:

1. The Scheduling Order requires parties with the burden of proof on a claim to file a designation of expert witnesses and comply with Rule 26(a)(2) no later than July 5, 2011, and sets August 4, 2011, as the deadline for rebuttal designation of expert witnesses and compliance with Rule 26(a)(2).

2. The parties are fully engaged in document discovery in the case and need additional time for their experts to review and evaluate the voluminous documents that have been produced and that continue to be produced before the experts can render their opinions.

3. Accordingly, good cause exists to extend the expert designation and disclosure deadlines, and thus the parties have agreed to extend the expert designation and disclosure deadlines by thirty (30) days. The parties are not seeking an extension of any of the other deadlines established by the Scheduling Order. The parties hereby request the Court amend

paragraphs 6 and 7 of the Scheduling Order as follows:

> 6) The party with the burden of proof on a claim shall file a designation of expert witnesses and comply with Rule 26(a)(2) no later than August 4, 2011;
>
> 7) Rebuttal designation of expert witnesses and compliance with Rule 26(a)(2) shall be made no later than September 9, 2011.

Respectfully submitted,

| ATTORNEY FOR THE PLAINTIFFS | ATTORNEY FOR THE DEFENDANTS |
|---|---|
| By:   /s/ Demetrios G. Metropoulos<br>    Theodore A. Livingston<br>    Illinois Bar No. 01678507<br>    Email:  tlivingston@mayerbrown.com<br>    Demetrios G. Metropoulos<br>    Illinois Bar No. 6216547<br>    Email:  dmetropoulos@mayerbrown.com<br>    Michael T. Sullivan<br>    Illinois Bar No. 6216922<br>    Email:  msulllivan@mayerbrown.com<br>    Mayer Brown LLP<br>    71 S. Wacker Drive<br>    Chicago, IL 60606<br>    (312) 782-0600 / (312) 701-7711 Fax<br><br>Richard M. Parr<br>Texas State Bar No. 15534250<br>AT&T Services, Inc. – Legal Department<br>208 S. Akard St., Suite 2935<br>Dallas, Texas  75202<br>(214) 757-3386 / (214) 748-1660 Fax<br>Email:  rp3639@att.com<br><br>Timothy A. Whitley<br>Texas State Bar No. 00797660<br>Southwestern Bell Telephone Company<br>6500 West Loop South, Zone 5.5<br>Bellaire, Texas  77401<br>(713) 567-8114 / (713) 567-4669 Fax<br>Email:  timothy.a.whitley@att.com | By:   /s/ Tammy S. Wood<br>    Tammy S. Wood<br>    Texas State Bar No. 00788713<br>    Bell Nunnally & Martin LLP<br>    3232 McKinney Ave., Ste. 1400<br>    Dallas, Texas  75204-2429<br>    (214) 740-1400 / (214) 740-5765 Fax<br>    Email:  tammyw@bellnunnally.com<br><br>Elliot Rothstein<br>Bar No. State of New York 2815942<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>Three Gateway Center<br>100 Mulberry Street<br>Newark, NJ  07102<br>(973) 622-7711 / (973) 622-5314 Fax<br>Email:  erothstein@mdmc-law.com<br><br>Josepha P. La Sala<br>Bar - Supreme Court of New York 268241972<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>1300 Mount Kemble Avenue<br>P.O. Box 2075<br>Morristown, New Jersey  07962<br>(973) 993-8100 / (973) 425-0161 Fax<br>Email:  jlasala@mdmc-law.com<br><br>Joshua M. Bobeck<br>Bar No. for District of Columbia 443620<br>Bingham McCutchen LLP<br>2020 K Street NW<br>Washington, DC  20006-1806<br>(202) 373-6010 / (202) 373-6414 Fax<br>Email:  josh.bobeck@bingham.com |

## CERTIFICATE OF SERVICE

On the 27th day of May, 2010, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Northern District of Texas using the electronic filing system of the Court. I hereby certify that I served a true and correct copy of the foregoing document on all counsel of record electronically or in another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Tammy S. Wood

5902.3 / 789483_1.DOC