UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SOUTHWESTERN BELL TELEPHONE COMPANY, et al., | § § § § | |
| Plaintiffs, | § | |
| vs. | § | CIVIL ACTION NO. 09-CV-1268 |
| IDT TELECOM, INC., ENTRIX TELECOM, INC., and JOHN DOES 1-10, | § § § | |
| Defendants. | § § | |

### ORDER

Before the Court is the Joint Motion for Extension of Expert Deadlines. The Court, having considered same, finds good cause exists to grant the requested extension of deadlines. It is, therefore,

ORDERED that paragraphs 6 and 7 of the Scheduling Order entered in this case are amended as follows:

6) The party with the burden of proof on a claim shall file a designation of expert witnesses and comply with Rule 26(a)(2) no later than August 4, 2011;

7) Rebuttal designation of expert witnesses and compliance with Rule 26(a)(2) shall be made no later than September 9, 2011.

**IT IS SO ORDERED.**

Signed this **2nd** day of June, 2011.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE