UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SOUTHWESTERN BELL TELEPHONE COMPANY, et al., | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | NO. 3: 09-CV-1268-P |
| IDT TELECOM, INC., ENTRIX TELECOM, INC., and JOHN DOES 1-10, | § § § | |
| Defendants. | § | |

## ORDER

The Court ORDERS that the current scheduling order in place is VACATED. By separate order, the Court will reset the pretrial conference and case trial.

**IT IS SO ORDERED.**

Signed this 13Th day of June, 2012.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE