**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| SOUTHWESTERN BELL TELEPHONE COMPANY, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL ACTION NO. 09-CV-1268 ) ) |
| IDT TELECOM, INC., *et al.* | ) ) |
| Defendants. | ) |

# PLAINTIFFS' DESIGNATION OF LEAD COUNSEL

**TO THE HONORABLE JUDGE SOLIS:**

Plaintiffs Southwestern Bell Telephone Company, BellSouth Telecommunications, Inc., Illinois Bell Telephone Company, Indiana Bell Telephone Company, Michigan Bell Telephone Company, Nevada Bell Telephone Company, Pacific Bell Telephone Company, The Ohio Bell Telephone Company, The Southern New England Telephone Company and Wisconsin Bell, Inc. (collectively "Plaintiffs") designate the following attorneys as lead trial counsel for Plaintiffs in this case:

> Demetrios G. Metropoulos (*pro hac vice*)
> Theodore A. Livingston (*pro hac vice*)
> Mayer Brown LLP
> 71 S. Wacker Drive
> Chicago, IL 60606
> Telephone: (312) 782-0600
> Facsimile: (312) 701-7711

Dated:  June 27, 2012                           Respectfully submitted,

                                                SOUTHWESTERN BELL TELEPHONE
                                                COMPANY, *et al.*

                                                By:  /s/  Demetrios G. Metropoulos

Richard M. Parr                                 Theodore A. Livingston (*pro hac vice*)
State Bar No. 15534250                          Demetrios G. Metropoulos (*pro hac vice*)
Timothy A. Whitley                              Michael T. Sullivan (*pro hac vice*)
State Bar No. 00797660                          Robert E. Entwisle (*pro hac vice*)
AT&T Services, Inc. – Legal Department          Mayer Brown LLP
208 S. Akard St.                                71 S. Wacker Drive
Dallas, Texas  75202                            Chicago, IL 60606
Telephone (214) 757-3386                        Telephone:  (312) 782-0600
                                                Facsimile:  (312) 701-7711

                                                *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on June 27, 2012, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court through ECF, which provides service on each party who is a registered ECF user.

By: /s/  Robert E. Entwisle