UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SOUTHWESTERN BELL TELEPHONE COMPANY, et al., | § § § § | |
| Plaintiffs, vs. | § § § | NO. 3: 09-CV-1268-P |
| IDT TELECOM, INC., ENTRIX TELECOM, INC., and JOHN DOES 1-10, | § § § § | |
| Defendants. | | |

## ORDER

The Court resets this case for a NON-JURY TRIAL on this Court's two-week docket beginning **November 5, 2012 at 9:00 a.m.** The Pretrial Conference is scheduled for **October 24, 2012 at 9:00 a.m.**

IT IS SO ORDERED this 9th day of August 2012.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE