IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SOUTHWESTERN BELL TELEPHONE COMPANY, et al., | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | NO. 3: 09-cv-1268-P |
| IDT TELECOM, INC., ENTRIX TELECOM, INC., and JOHN DOES 1-10, | § § § § | |
| Defendants. | § | |

## ORDER

Now before the Court is Plaintiffs' Motion to Strike Portions of the Initial and Rebuttal Reports of August H. Ankum, filed November 18, 2011. (Doc. 78) Defendants filed a Response on December 9, 2011. (Doc. 99) Plaintiffs filed a Reply on December 23, 2011. (Doc. 108) On March 9, 2012, the Court granted Plaintiffs' motion for partial summary judgment, leaving only the issue of damages. (Doc. 124) In light of the procedural stage of this case and the issues still pending, the Court determines that it would be beneficial to hear all evidence to the extent that it is related to damages. Therefore, after reviewing the parties' briefing, the evidence, and the applicable law, the Court DENIES Plaintiffs' Motion.

**IT IS SO ORDERED.**

Signed this 22nd day of October, 2012.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE