# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| SOUTHWESTERN BELL TELEPHONE COMPANY, BELLSOUTH TELECOMMUNICATIONS, LLC., INDIANA BELL TELEPHONE COMPANY, INC., ILLINOIS BELL TELEPHONE COMPANY, MICHIGAN BELL TELEPHONE COMPANY, NEVADA BELL TELEPHONE COMPANY, PACIFIC BELL TELEPHONE COMPANY, THE OHIO BELL TELEPHONE COMPANY, THE SOUTHERN NEW ENGLAND BELL TELEPHONE COMPANY, and WISCONSIN BELL, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | CIVIL ACTION NO. 09-CV-1268 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| IDT TELECOM, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>STIPULATION OF DISMISSAL</u>

Plaintiffs Southwestern Bell Telephone Company, BellSouth Telecommunications, LLC, Illinois Bell Telephone Company, Indiana Bell Telephone Company, Michigan Bell Telephone Company, Nevada Bell Telephone Company, Pacific Bell Telephone Company, The Ohio Bell Telephone Company, The Southern New England Telephone Company and Wisconsin Bell, Inc. (collectively "Plaintiffs" or the "AT&T ILECs") and Defendants IDT Telecom, Inc. and Entrix Telecom, Inc. (collectively "Defendants" or "IDT") (and together, the "Parties") respectfully submit this Stipulation of Dismissal.

The Parties, through counsel, pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate and agree that this matter is dismissed with prejudice, with the Parties each bearing their own respective attorneys' fees and costs.

Dated: November 2, 2012

ATTORNEY FOR THE PLAINTIFFS

By: ___/s/ Demetrios G. Metropoulos___
Theodore A. Livingston
Illinois Bar No. 01678507
Email:  tlivingston@mayerbrown.com
Demetrios G. Metropoulos
Illinois Bar No. 6216547
Email:  dmetropoulos@mayerbrown.com
Michael T. Sullivan
Illinois Bar No. 6216922
Email:  msulllivan@mayerbrown.com
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600 / (312) 701-7711 Fax

Richard M. Parr
Texas State Bar No. 15534250
AT&T Services, Inc. – Legal Department
208 S. Akard St., Suite 2935
Dallas, Texas  75202
(214) 757-3386 / (214) 748-1660 Fax
Email:  rp3639@att.com

Timothy A. Whitley
Texas State Bar No. 00797660
Southwestern Bell Telephone Company
6500 West Loop South, Zone 5.5
Bellaire, Texas  77401
(713) 567-8114 / (713) 567-4669 Fax
Email:  timothy.a.whitley@att.com

Respectfully submitted,

ATTORNEY FOR THE DEFENDANTS

By:  ___/s/ Adam T. Humann___
Tammy S. Wood
Texas State Bar No. 00788713
Bell Nunnally & Martin LLP
3232 McKinney Ave., Ste. 1400
Dallas, Texas  75204-2429
(214) 740-1400 / (214) 740-5765 Fax
Email:  tammyw@bellnunnally.com

Jay P. Lefkowitz
New York Bar No. 2192425
Email:  lefkowitz@kirkland.com
Adam T. Humann
New York Bar No. 4480505
Email:  adam.humann@kirkland.com
Devora W. Allon
New York Bar No. 4693032
Email:  devora.allon@kirkland.com
Kirkland & Ellis LLP
601 Lexington Ave.
New York, New York  10022
(212) 446-4800 / (212) 446-6460 Fax

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on November 2, 2012, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court through ECF, which provides service on each party who is a registered ECF user.

By: /s/  Robert E. Entwisle